UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

YASHIRA M.O.,

                            Plaintiff,                  5:24-cv-550 (BKS/MJK)

v.

COMMISSIONER OF SOCIAL SECURITY,

                            Defendant.

---

**Appearances:**

*For Plaintiff:*
Peter Zisser
Legal Aid Society of Mid-New York, Inc.
120 Bleecker Street
Utica, NY 13501

*For Defendant:*
Office of the General Counsel
Social Security Administration
Jason P. Peck
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, MD 21235

**Hon. Brenda K. Sannes, Chief United States District Judge:**

### MEMORANDUM-DECISION AND ORDER

Plaintiff filed this action under 42 U.S.C. § 405(g) seeking review of the Commissioner of Social Security's denial of her application for disability insurance benefits and supplemental security income. (Dkt. No. 1). This matter was referred to United States Magistrate Judge Mitchell J. Katz for a Report-Recommendation. (Dkt. No. 4); Local Rule 72.3(e). On August 22, 2025, after reviewing the parties' briefs, (Dkt. Nos. 19, 28, 29), and the Administrative Transcript, (Dkt. No. 11), Magistrate Judge Katz issued a Report-Recommendation

recommending that Plaintiff's motion for judgment on the pleadings be granted; that Defendant's motion for judgment on the pleadings be denied; and that the Commissioner's decision be reversed and remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings. (Dkt. No. 30). Magistrate Judge Katz advised the parties that under 28 U.S.C. § 636(b)(1), they had "14 days within which to file written objections" to the Report-Recommendation and that "failure to object to th[e] report within 14 days will preclude appellate review." (Dkt. No. 30, at 25 (citing *Roldan v. Racette*, 984 F.2d 85 (2d Cir. 1993); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72 & 6(a)). No objections were filed.

The Court reviews de novo those portions of the Magistrate Judge's findings and recommendations that have been properly preserved with a specific objection. *Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); 28 U.S.C. § 636(b)(1)(C). Findings and recommendations as to which there was no properly preserved objection are reviewed for clear error. *Id.* Neither of the parties has raised any objection to Magistrate Judge Katz's Report-Recommendation. The Court has reviewed the Report-Recommendation for clear error and found none.

For these reasons, it is hereby

**ORDERED** that Magistrate Judge Katz's Report-Recommendation (Dkt. No. 30) is **ADOPTED** in all respects; and it is further

**ORDERED** that Plaintiff's motion for judgment on the pleadings (Dkt. No. 19) is **GRANTED**; and it is further

**ORDERED** that Defendant's Motion for Judgment on the Pleadings (Dkt. No. 28) is **DENIED**; and it is further

**ORDERED** that the decision of the Commissioner is REVERSED and REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings; and it is further

**ORDERED** that the Clerk of the Court is directed to enter judgment and close this case.

**IT IS SO ORDERED.**

Dated: <u>September 25, 2025</u>
Syracuse, New York

*/s/ Brenda K. Sannes*
Brenda K. Sannes
Chief U.S. District Judge

3